# DAILY COURT REPORTER

120 West 2nd Street, P.O. Box 10338, Mid City Station, Dayton, OH 45402
Phone 937-222-6000 *** Fax 937-341-5020
A Daily Newspaper Devoted to General, Political, Religious, Social, Business and Legal Events of the Day!
Jeffrey A. Foster, Publisher

**NOTICE OF PUBLICATION**
United States vs. Joseph A. Zmugg,
Criminal Case No. 5:04CR423

Notice is hereby given that on February 28, 2005, in the case of United States vs. Joseph A. Zmugg, Criminal Case No. 5:04CR423, the United States District Court for the Northern District of Ohio entered an Order condemning and forfeiting a Toshiba Satellite Laptop S/N 93339239K to the United States of America.

Pursuant to the foregoing Order of Forfeiture having been entered on February 28, 2005, the United States hereby gives notice of its intent to dispose of the forfeited computer in such manner as the United States Attorney General may direct. Any person, other than Defendant Joseph A. Zmugg, having or claiming a legal right, title or interest in the forfeited computer must file a petition with the Court in the above-captioned action within thirty (30) days of the final publication of this notice. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited computer, and shall be filed with the Court at the following address: U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113. A copy of said petition also shall be provided to the Office of the United States Attorney, Attention: Asset Forfeiture Division, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113.

The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited computer, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited computer, and any additional facts supporting the petitioner's claim and the relief sought.

United States Marshal
Northern District of Ohio
3-31 4-14-2005 3Thur

---

PROOF OF PUBLICATION
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

CASE NUMBER: 5:04CR423

United States
vs
Joseph A. Zmugg

State of Ohio
County of Montgomery.}SS.

Virginia Seitz being first duly sworn, says that she is employed by the Daily Court Reporter, Inc., a daily newspaper of general circulation in Montgomery County, Ohio; that she checks the legal notices published in said newspaper; that the annexed notice was published in said Daily Court Reporter, once each week for three (3) consecutive weeks, beginning on the 31st day of March 2005 and that each insertion of said notice in said newspaper was on the same day of each week.

Signed _____

Subscribed in my presence and sworn to before me this 14th day of April 2005.

Notary Public _____
Sara P. O'Brien, Notary Public State of Ohio
My Commission Expires April 1, 2009.

BALANCE DUE
Invoice 18569
Printers Fees, $ 232.24

U.S. Marshal Peter J. Elliott

**GOVERNMENT EXHIBIT**
A
5:04CR423