IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:04CR423 |
| | ) | |
| Plaintiff, | ) | JUDGE MANOS |
| | ) | |
| v. | ) | |
| | ) | FINAL ORDER OF FORFEITURE |
| JOSEPH A. ZMUGG, | ) | |
| | ) | |
| Defendant. | ) | |

1. On February 28, 2005, this Court initially forfeited a Toshiba Satellite laptop computer, Serial Number 933339239K, subject to the provisions of 18 U.S.C. § 2253(m).

2. Pursuant to 18 U.S.C. § 2253(m) third parties asserting a legal interest in the initially forfeited computer are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture in the Daily Court Reporter on March 31, April 7, and 14, 2005. Said published notice advised

all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject computer.

4. No claims to the initially forfeited computer have been made by third parties.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

The Toshiba Satellite laptop computer, Serial Number 933339239K, is finally forfeited to the United States, pursuant to 18 U.S.C. § 2253, for disposition in accordance with law.

IT IS SO ORDERED this ____ day of __July__, 2005.

                                                _____
                                                JOHN M MANOS
                                                UNITED STATES DISTRICT JUDGE